# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Paula Norwood,** *Plaintiff* | § § § § | |
| v. | § § | No. 1:25-CV-01998-ADA-SH |
| **Pfizer Inc.,** *Defendant* | § § § | |

## ORDER

Now before the Court is Plaintiff's Motion for Permission to File Electronically, filed December 29, 2025 (Dkt. 20).[1] Because Plaintiff fails to state whether she has regular access to all the technical requirements necessary to e-file successfully in this Court,[2] Plaintiff's Motion for Permission to File Electronically (Dkt. 6) is **DENIED without prejudice**.

**SIGNED** on January 20, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.

[2] *See* Local Court Rule CV-5(a) and the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, both available on the Western District of Texas website (https://www.txwd.uscourts.gov/).